United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASMINE BALLESTEROS MORENO,
Plaintiff,

v.

MONTEREY COUNTY,
Defendant.

Case No. 26-cv-03424-LJC

**ORDER GRANTING *SUA SPONTE* EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT**

Re: Dkt. Nos. 10, 11, 12

On July 8, 2026, the Court dismissed Moreno's complaint with leave to amend and granted her motion for leave to proceed *in forma pauperis*. Dkt. Nos. 10 and 11. The Court provided 28 days to amend, which has since passed. On August 3, 2026, Moreno filed a letter asking whether her motion for leave to proceed *in forma pauperis* was granted and what the next steps are related to her claim. Dkt. No. 12. Because Moreno's inquiry (Dkt. No. 12) indicates a good-faith attempt to prosecute the case, the Court will *sua sponte* extend the deadline to file a first amended complaint.

**CONCLUSION**

1. If Moreno wishes to file a First Amended Complaint (FAC), she must do so by October 13, 2026. The FAC must include the caption and civil case number used in this Order and the words FIRST AMENDED COMPLAINT on the first page. Because an amended complaint completely replaces the original complaint, Moreno must include in it all the allegations she wishes to present. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992). She may not incorporate material from his original complaint or petition by reference. Failure to amend within the designated time will result in the dismissal of this case with prejudice.

2. It is Moreno's responsibility to prosecute this case. She must keep the court

United States District Court
Northern District of California

informed of any change of address by filing a separate paper with the clerk headed "Notice of Change of Address," and must comply with the court's orders in a timely fashion. Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

3. Enclosed with this order is a copy of the order dismissing Moreno's complaint with leave to amend (Dkt. No. 11) and a blank complaint form.

**IT IS SO ORDERED.**

Dated: September 14, 2026

LISA J. CISNEROS
United States Magistrate Judge