UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE BALLESTEROS MORENO,<br>Plaintiff,<br>v.<br>MONTEREY COUNTY,<br>Defendant. | Case No. 26-cv-03424-JST<br><br>**ORDER OF DISMISSAL** |

Plaintiff has filed a *pro se* action pursuant to 42 U.S.C. § 1983. For the reasons set forth below, the Court DISMISSES this action without prejudice for failure to state a claim.

On July 8, 2026, the Court dismissed the complaint for failure to state a claim, explained the deficiencies in the complaint, and granted Plaintiff leave to file by August 5, 2026, an amended complaint that addressed the identified deficiencies. ECF No. 11. On September 15, 2026, the Court *sua sponte* granted Plaintiff an extension of time to October 13, 2026 to file an amended complaint. ECF No. 13. In both the July 8, 2026 Order and the September 15, 2026 Order, the Court cautioned Plaintiff that failure to file an amended complaint by the deadline could result in the dismissal of this action without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

The Court DISMISSES this action without prejudice for failure to state a claim. The deadline to file an amended complaint has passed, and Plaintiff has not filed an amended complaint or otherwise communicated with the Court. Because the dismissal is without prejudice, Plaintiff may file a motion to reopen the case. Any motion to reopen must be accompanied by a proposed amended complaint that addresses the deficiencies identified in the Court's July 8, 2026 Order and explains why Plaintiff failed to timely file an amended complaint.

United States District Court
Northern District of California

Judgment is entered in favor of Defendant and against Plaintiff. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: November 10, 2026

JON S. TIGAR
United States District Judge